UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:25-cr-00096 |
| DERRICK L. LYONS, JR., | ) ) ) |
| Defendant. | ) |

### ORDER

Pursuant to Federal Rule of Criminal Procedure 48(a), the Government's Motion to Dismiss Indictment (Doc. No. 12) is **GRANTED**. The Indictment is **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE